UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KOREAN AIR LINES CO., LTD.,

Defendant.

Misc. No. 07-324 (JDB)

**FILED**

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the interested parties' expedited application for relief seeking redaction of the plea agreement in <u>United States v. Korean Air Lines Co., Ltd.</u>, Cr. No. 07-184, and motion for leave to file application for relief under seal, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the application for relief (redaction) is **DENIED**; it is further

**ORDERED** that the motion for leave to file the application under seal is **GRANTED**; it is further

**ORDERED** that all papers filed in this action as of this date shall be kept under seal; and it is further

**ORDERED** that the Clerk of Court shall delay posting of the accompanying memorandum opinion and this order on the public docket until 3:00 p.m. on August 23, 2007.

**SO ORDERED.**

/s/ JOHN D. BATES
JOHN D. BATES
United States District Judge

Date:   August 22, 2007