UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KOREAN AIR LINES CO., LTD.,

Defendant.

Misc. No. 07-324 (JDB)

**FILED**

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the motions for admission of counsel pro hac vice submitted on behalf of Martha A. Boersch and Andrew Weissman, and pursuant to Local Civil Rule 83.2, it it is hereby

**ORDERED** that the motions are **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall enter the appearance of Martha A. Boersch and Andrew Weissman as counsel for the movants.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date:   August 22, 2007