UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

KOREAN AIR LINES CO., LTD.,

Defendant.

Misc. No. 07-324 (JDB)

## ORDER

Consistent with the memorandum opinion and order issued on August 22, 2007, and following the request of the Clerk of Court for clarification of the scope of the seal entered in this case, it is hereby

**ORDERED** that the Clerk of Court shall unseal and make available through the Electronic Case Filing system the memorandum opinion and orders entered on August 22, 2007 and this order; all other filings shall remain under seal.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: __August 24, 2007__